In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00286-CV**

_____

**IN RE TEXAS POOL GUY, LLC**

**Original Proceeding**
**317th District Court of Jefferson County, Texas**
**Trial Cause No. C-227,217-B**

**MEMORANDUM OPINION**

Texas Pool Guy, LLC petitions for a writ of mandamus through which it seeks to compel the trial court to vacate orders that require production of records of a financial institution for *in camera* inspection and deny a request for a protective order. On July 30, 2018, we stayed the production of records while we considered the mandamus petition. *See* Tex. R. App. P. 52.10(b). Community Bank of Texas, N.A. and Courtney Hudson filed responses.

A writ of mandamus is an extraordinary remedy that will issue only to correct a clear abuse of discretion for which the relator has no adequate remedy by appeal.

1

*See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the parties' arguments and examining the documents contained in the appendices in the petition, the responses, and the reply to the response, we conclude that the relator has not established that it is entitled to mandamus relief. Accordingly, we lift our stay order of July 30, 2018, and deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on August 9, 2018
Opinion Delivered August 30, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.

2